UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD E. JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  4:10CV01786 AGF |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant's motion to reverse and remand this

Social Security disability case pursuant to sentence four of  42 U.S.C. § 405(g).

Following a review on Plaintiff's application for supplemental security income, an

Administrative Law Judge ("ALJ") found that Plaintiff was not disabled.  The decision of

the ALJ became the final decision of Defendant, the Commissioner of Social Security,

and Plaintiff sought judicial review of the adverse ruling.

The Commissioner now states that upon remand by the Court, the Appeals Council

of the Social Security Administration will remand the case to the ALJ for better

consideration of Plaintiff's residual functional capacity and mental status consistent with

the Commissioner's regulations.  Plaintiff's counsel has represented to the Court that

Plaintiff does not oppose the Commissioner's motion.

Sentence four of 42 U.S.C. § 405(g) provides that upon judicial review, "[t]he

court shall have power to enter, upon the pleadings and transcript of the record, a

judgment affirming, modifying, or reversing the decision of the Commissioner of Social

Security, with or without remanding the cause for a rehearing." The Court concludes that

the Commissioner's motion should be granted in this case.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to reverse and remand the

case is **GRANTED.** [Doc. #13]

A separate Judgment shall accompany this Memorandum and Order.


_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 13th day of January, 2011.