UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

EDWARD JONES,                    )
                                 )
                Plaintiff,       )
                                 )
        vs.                      )          No. 4:10CV01786 AGF
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of Social Security, )
                                 )
                Defendant.       )

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion for attorney's fees in the

amount of $491.06, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Plaintiff is the prevailing party in her action challenging the Commissioner of Social

Security's denial of his application for Supplemental Security Income based upon

disability. His request for fees is supported by appropriate documentation, and the

Commissioner states that he does not object to the amount of fees sought. The

Commissioner points out, however, that the fees must be paid directly to Plaintiff,

pursuant to Ratliff v. Astrue, 130 S. Ct. 2521 (2010). Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is

**GRANTED** in the amount of $491.06, payable directly to Plaintiff. [Doc. #16]


_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of March, 2011