UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:10CV01786 AGF |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

It has come to the Court's attention that the Memorandum and Order issued in this case on March 2, 2011, on Plaintiff's motion for attorney's fees misidentified Plaintiff in the caption. Accordingly that Memorandum and Order shall be vacated, and the present Memorandum and Order shall be entered in its stead.

Plaintiff's motion for attorney's fees in the amount of $491.06, is brought pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Plaintiff is the prevailing party in his action challenging the Commissioner of Social Security's denial of his application for Supplemental Security Income based upon disability. His request for fees is supported by appropriate documentation, and the Commissioner states that he does not object to the amount of fees sought. As the Commissioner points out, the fees must be paid directly to Plaintiff, pursuant to Ratliff v. Astrue, 130 S. Ct. 2521 (2010).

Accordingly,

**IT IS HEREBY ORDERED** that the Memorandum and Order issued in this case

on March 2, 2011, is **VACATED**.

   **IT IS FURTHER ORDERED** that Plaintiff's application for attorney's fees is **GRANTED** in the amount of $491.06, payable directly to Plaintiff. [Doc. #16]

               _____
               AUDREY G. FLEISSIG
               UNITED STATES DISTRICT JUDGE

Dated this 4th day of March, 2011